UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS GOMEZ,<br><br>Defendant. | 97-Cr-696 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

Having received defendant Carlos Gomez's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), the Court now directs the government to respond. The government's response should include its view of the impact on this case, if any, of the Supreme Court's recent decision in *Concepcion v. United States*, 597 U.S. ___ (2022). The government's response is due by Friday, July 29, 2022. The Clerk of Court shall mail a copy of this order to Mr. Carlos Gomez [41128-054] USP Tucson, U.S. Penitentiary, P.O. Box 24550, Tucson, AZ 85734.

Dated: New York, New York
       June 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J