UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 97-Cr-696 (SHS) |
| -v- | : | ORDER |
| CARLOS GOMEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendant having filed a motion for leave of court to appear and for appointment of counsel [ECF Doc. No. 362] in connection with his motion to reduce sentence [ECF Doc. No. 360],

IT IS HEREBY ORDERED that:

1. Defendant's motion for appointment of counsel is granted [ECF. Doc. No. 362];

2. Michael D. Bradley, the CJA attorney on duty today, is appointed to represent defendant regarding his motion to reduce sentence [ECF Doc. No. 360];

3. Mr. Bradley shall have until September 19, 2022, to supplement defendant's pro se motion, and the government shall have until October 19 to respond to defendant's supplemental submission; and

4. A copy of this Order has been mailed via USPS to defendant by chambers.

Dated: New York, New York
       August 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.