UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,            :        97-Cr-696 (SHS)

         -v-                          :        ORDER

CARLOS GOMEZ,                         :

                 Defendant.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court has received defendant's motion for an extension of time to respond to the
government's opposition to defendant's motion to reduce sentence [Doc. No. 366]. In an Order
dated August 3, 2022 [Doc. No. 365] (copy attached), the Court appointed attorney Michael D.
Bradley, Esq. to represent defendant in this matter, and set a schedule for submissions as follows:
Mr. Bradley has until September 19 to supplement defendant's motion, and the government has
until October 19 to respond. Any future correspondence from Mr. Gomez shall be directed to his
attorney, Michael D. Bradley, Bradley Law Firm PC, 2 Park Avenue, 20th Floor, New York, NY
10016. A copy of this Order is being mailed by USPS to defendant at U.S.P. Tucson, P.O. Box
24550, Tucson, AZ 85734.


Dated: New York, New York
         August 16, 2022


                                                 SO ORDERED:


                                                 _____
                                                 Sidney H. Stein, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        97-Cr-696 (SHS)

       -v-                                  :        ORDER

CARLOS GOMEZ,                                :

             Defendant.                        :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Defendant having filed a motion for leave of court to appear and for appointment of
counsel [ECF Doc. No. 362] in connection with his motion to reduce sentence [ECF Doc. No.
360],

      IT IS HEREBY ORDERED that:

      1.     Defendant's motion for appointment of counsel is granted [ECF. Doc. No. 362];

      2.     Michael D. Bradley, the CJA attorney on duty today, is appointed to represent
defendant regarding his motion to reduce sentence [ECF Doc. No. 360];

      3.     Mr. Bradley shall have until September 19, 2022, to supplement defendant's pro
se motion, and the government shall have until October 19 to respond to defendant's
supplemental submission; and

      4.     A copy of this Order has been mailed via USPS to defendant by chambers.

Dated: New York, New York
       August 3, 2022

                           SO ORDERED:

                           Sidney H. Stein, U.S.D.J.