BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

November 4, 2022

**MEMO ENDORSED**

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Carlos Gomez,* 97 Cr. 696 (SHS)

Dear Judge Stein:

I represent Carlos Gomez in the above-referenced matter. I write to respectfully request an extension of time to supplement defendant's pro se motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), until January 16, 2023, with the government to respond by February 16, 2023. Counsel was unable to speak and correspond with Mr. Gomez during his transfer from USP Tucson to USP Allentown. An extension would provide sufficient time to confer with Mr. Gomez, and to obtain additional documentation for the Court's consideration. This is his second request for an extension and the Government consents in this request. Accordingly, it is respectfully requested that the Court extend the time to file defendant's supplemental submission to January 16, 2023. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

cc:   AUSA William Kinder (*via ECF*)
      Carlos Gomez (*US Mail*)

**The request for an extension of time to file a supplemental submission to January 16, 2023, is granted. The government's response is due by February 16, 2023.**

Dated: New York, New York
       November 7, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.