**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

March 14, 2023

**MEMO ENDORSED**

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Carlos Gomez*, 97 Cr. 696 (SHS)

Dear Judge Stein:

I represent Carlos Gomez in the above-referenced matter. I write to respectfully request an extension of time to supplement defendant's pro se motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), from March 17, 2023, until April 17, 2023, with the government to respond by May 17, 2023. Counsel had a family emergency and had to fly out of state and Mr. Gomez has been transferred to another facility in West Virginia. An extension would provide sufficient time for counsel to attend to family matters and to further communicate with Mr. Gomez to complete the submission. This is his fourth request for an extension and the Government consents in this request. Accordingly, it is respectfully requested that the Court extend the time to file defendant's supplemental submission to April 17, 2023. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

cc:   AUSA William Kinder (*via ECF*)
      Carlos Gomez (*US Mail*)

Defendant's request for an extension of time to submit a supplemental submission is granted. The defendant's supplemental submission is due by April 17, the government's response is due by May 17.

Dated: New York, New York
       March 15, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.