UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,            :    97-Cr-696 (SHS)

         -v-                         :    ORDER

CARLOS GOMEZ,                        :

              Defendant.             :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   On September 22, 2025, defendant filed a motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) [Doc. No. 382].

   IT IS HEREBY ORDERED that:

   1.   Within 30 days of the date of this Order, the government shall respond to defendant's motion; and

   2.   The Clerk of Court shall send a copy of this Order to Carlos Gomez [41128-054] at USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, WV 26525.

Dated: New York, New York
       September 25, 2025

                                              SO ORDERED:

                                              [signature]
                                              Sidney H. Stein, U.S.D.J.