

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 30, 2025

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Carlos Gomez*, 97 Cr. 696 (SHS)

Dear Judge Stein:

The defendant is serving "three concurrent life terms of imprisonment for racketeering, racketeering conspiracy, and narcotics conspiracy, plus a consecutive term of five years' imprisonment for use of a firearm during and in connection with a crime of violence." (Dkt. 380 at 1). In November 2023, this Court denied the defendant's first counseled motion for a sentence reduction. (*See id.* (opinion and order); *see also* Dkt. 378 (first counseled motion for sentence reduction)). On September 22, 2025, the defendant filed a successive motion for a sentence reduction. (Dkt. 382). The Court has ordered the Government to respond by October 25, 2025. (*See* Dkt. 384).

The undersigned is scheduled to being an approximately one-week trial on Monday, October 27, 2025, before the Honorable Valerie E. Caproni. In view of this schedule, the Government respectfully requests a filing extension of approximately 30 days to Tuesday, November 25, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  /
s/  Justin Horton
Assistant United States Attorney
Southern District of New York
(212) 637-2276

cc: Counsel of Record (by ECF)

**The request for an extension of time to respond to defendant's motion to November 25 is granted. A copy of this endorsed letter will be mailed to defendant by chambers.**

Dated: New York, New York
October 1, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.