UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CARLOS GOMEZ,

Defendant.

---

97-cr-696 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Clerk of Court shall mail a copy of this Order and a copy of the Government's memorandum in opposition to defendant's motion for a sentence reduction (Dkt. No. 389) to Carlos Gomes [41128-054], FCI Cumberland, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD 21501.

Dated: New York, New York
       December 23, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.