UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CARLOS GOMEZ,

Defendant.

97-cr-696 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

In his pending motion for a sentence reduction (Dkt. No. 382), defendant Carlos Gomez checked the box stating "Yes, I submitted a request for compassionate release to the warden" (*id.* at 3). However, he also checked the box stating "No, I did not submit a request for compassionate release to the warden." (*Id.* at 3.)

If Gomez wishes to pursue his motion for a sentence reduction, he is directed to submit a written statement to the Court on or before April 6, 2026, stating under penalty of perjury whether or not he submitted a request for compassionate release to the warden of his facility. The purpose of this written statement is to enable the Court to ensure that Gomez has complied with the requirement of 18 U.S.C. § 3582(c)(1)(A) that Gomez "has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on [Gomez's] behalf" or that thirty days have passed from the warden's receipt of Gomez's request to bring a motion on his behalf.

Attached as Attachment A to this Order is a draft statement that Gomez may sign and mail to the Court to comply with this Order.

The Clerk of Court shall mail a copy of this Order to Carlos Gomez [41128-054], FCI Cumberland, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD 21501.

Dated: New York, New York
      March 4, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.

**ATTACHMENT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CARLOS GOMEZ,

Defendant.

97-cr-696 (SHS)

Declaration of
Carlos Gomez

I, Carlos Gomez, declare that:

(*Check only one box*)

☐ I previously submitted a request for compassionate release to the warden of my facility and the warden did not respond to my request. Thirty days have passed since I submitted that request.

☐ I previously submitted a request for compassionate release to the warden of my facility and the warden denied my request.

☐ I did not previously submit a request for compassionate release to the warden of my facility.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  _____

Signature:  _____